# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| RANDALL WAYNE TURNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV411-015 |
| ) | |
| EFFINGHAM COUNTY JAIL, ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION

Having broken his tooth while eating Effingham County Jail food, inmate Randall Wayne Turner filed this 42 U.S.C. § 1983 case against the jail, doc. 1, seeking "proper medical treatment" for that plus other ailments. *Id.* at 5. In screening his case under 28 U.S.C. § 1915A, the Court noted that he sued only the Effingham County Jail, which is not an entity subject to suit under § 1983. Doc. 15.

Nevertheless, the Court gave Turner 30 days to amend his Complaint to name a party or parties capable of suit. *Id.* at 2-3. He has failed to file anything further. Accordingly, his case should be

**DISMISSED.**

**SO REPORTED AND RECOMMENDED**, this 1st day of August, 2011.

_/s/ G.R. Smith_
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA