

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

RANDALL WAYNE TURNER,            )
                                 )
    Plaintiff,                   )
                                 )
v.                               )    CASE NO. CV411-015
                                 )
EFFINGHAM COUNTY JAIL,           )
                                 )
    Defendant.                   )
_____)

O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 17), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 26th day of October 2011.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA